PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for VERNON SMITH**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant | CASE NO.:    2:16-CV-01938-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 6, 2017.  In addition to five motion summary judgments I had eleven  hearings last month and fourteen hearings this month The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 1/4/17                                /s/ *Peter Brixie*
                                             PETER BRIXIE
                                             Attorney at Law
                                             Attorney for Plaintiff

Dated: 1/4/17                                /s/ *Donna W. Anderson*
                                             DONNA W. ANDERSON
                                             Special Assistant U. S. Attorney
                                             Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated:  January 9, 2017

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION